

## JENKINS & KLING, p.c.
ATTORNEYS AT LAW

Katherine McLaughlin-Bauer
kmclaughlin@jenkinskling.com

Admitted to Practice in
Missouri and Illinois

July 17, 2023

**<u>Via Certified Mail, Return Receipt Requested
and First Class U.S. Mail</u>**

Drs. Whitney Ross and Ian Ross
c/o: William R. Wurm, Esq., Amundsen Davis
120 South Central Avenue, Suite 700
St. Louis, Missouri 63105

RE:   ***DEMAND FOR PAYMENT***
         *AMOUNT NOW DUE: $1,777.50*

Dear Sir/Madam:

Please be advised that this firm and the undersigned represent Rachel Siegert ("***Ms. Siegert***") in connection with the lawsuit pending in the Circuit Court of St. Louis City, State of Missouri bearing case number 2322-CC00955 (the "***Litigation***"). On July 17, 2023, Ms. Siegert filed a Third-Party Petition naming Whitney Ross, individually, and Ian Ross, individually (collectively, the "***Rosses***") as Third-Party Defendants in the Litigation. Ms. Siegert is owed certain amounts under her cause of action for declaratory judgment, including her attorneys' fees and costs incurred in the Litigation. You are receiving this notice because the amount due to Ms. Siegert is an obligation incurred in connection with a personal, family, or household purpose, specifically a residential sale contract. 15 USC § 1692.

*Demand for Payment*

As of July 1, 2023, Ms. Siegert is owed the balance of $1,770.50 from the Rosses. **DEMAND IS HEREBY MADE UPON THE ROSSES FOR PAYMENT OF THE FOREGOING AMOUNTS ON OR BEFORE AUGUST 21, 2023.** Please be advised that costs in connection with the Litigation continue to accrue.

Unless you notify this office in writing, by August 21, 2023, that you dispute the validity of the debt, or any portion thereof, we will assume the debt to be valid. If you notify us by August 21, 2023, that the debt, or any portion thereof, is disputed, this office will obtain verification of the debt and mail you a copy of such verification. If you request from us, in writing, by August 21, 2023, we will provide you with the name and address of the original creditor, if different from the current creditor.

Unless payment in full is received by Ms. Siegert by August 21, 2023 (or if verification is requested by you in writing as explained above, then payment need not be made until after we mail verification to you), Ms. Siegert will proceed to enforce her rights and remedies as permitted under law or in equity. Because attorneys' fees and costs continue to accrue, an adjustment may be necessary at the time of payment.

**PLEASE BE ADVISED THAT ALL NEGOTIATIONS OR DISCUSSIONS REGARDING THE FOREGOING, IF ANY, ARE HEREBY TERMINATED.** You may contact the undersigned to ascertain the exact amount due and payable for the date of your payment.

July 17, 2023
Page 2

**THE UNDERSIGNED IS A DEBT COLLECTOR AND THIS LETTER IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION GAINED WILL BE USED FOR THAT PURPOSE.**

Sincerely,

JENKINS & KLING, P.C.

By: _____
Katherine McLaughlin-Bauer

---

**Mail this form to:**
Jenkins & Kling, P.C.
c/o: Katherine McLaughlin-Bauer
150 N. Meramec, Suite 400
St. Louis, MO 63105

**IF YOU DISPUTE THIS DEBT YOU MUST RESPOND BY AUGUST 21, 2023**

**How do you want to respond?**

*Check all that apply*:

__  I want to dispute the debt because I think:
　_This is not my debt
　_The amount is wrong
　_Other (please attach additional information)

__  I want you to send me the name and address of the original creditor.

__  I enclosed this amount $_____

*Make your check payable to: Rachel Siegert*




Drs. Whitney Ross and Ian Ross
c/o: William R. Wurm, Esq., Amundsen Davis
120 South Central Avenue, Suite 700
St. Louis, Missouri 63105

150 North Meramec Avenue • Suite 400 • St. Louis, Missouri 63105