# MISSOURI CIRCUIT COURT
# TWENTY-SECOND JUDICIAL CIRCUIT
(CITY OF ST. LOUIS)

Dr. Whitney Ross, Trustee et al.

VS

D+R Building Group, LLC

CASE NO. 2322-CC00955   DIVISION 10

**FILED**
SEP 14 2023
22ND JUDICIAL CIRCUIT
CIRCUIT CLERK'S OFFICE
BY _____ DEPUTY

## ORDER/JUDGMENT/MEMORANDUM

Plaintiffs' Motion for Temporary Restraining Order was called, heard and denied. Defendant Siegert states she has no present intent to issue collection letters outside the litigation.

X _____ #69734
Attorney for Defendant
Rachel Siegert

X _____ 6891?
Attorney for Plaintiffs
Ross

SO ORDERED:
_____
Div. 10
Duty Judge

FORM 14 (Rev 11/02)