**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION – ST. LOUIS CITY**

| | |
|---|---|
| DR. WHITNEY ROSS, TRUSTEE,<br><br>DR. IAN ROSS, TRUSTEE,<br><br>       Plaintiffs,<br><br>vs.<br><br>RACHEL SIEGERT,<br><br>JENKINS & KLING, P.C.,<br><br>       Defendants. | Cause No. 4:23-cv-1295 |

## MEMORANDUM TO THE COURT

COMES NOW, Ryan J. Jurgiel on behalf of Amundsen Davis, LLC, and for its Memorandum to the Court in Response to the Court's November 27, 2023, Show Cause Order, States as follows:

1. As of November 22, 2023, William R. Wurm is no longer affiliated with Amundsen Davis, LLC.

2. Plaintiffs in this action are clients of William R. Wurm. The Plaintiffs are no longer represented by Amundsen Davis, LLC.

3. Amundsen Davis, LLC is currently in the process of sending the Plaintiffs' file to William R. Wurm.

4. Upon information and belief, William R. Wurm will continue to represent the Plaintiffs in this action.

5. On November 27, 2023, the Court entered an Order for Plaintiffs to show cause why the Court should not grant Defendants' unopposed Motion to Dismiss by Wednesday, November 29, 2023.

6. In order to avoid any undue prejudice to Plaintiffs, Amundsen Davis, LLC respectfully requests an extension up to and including December 4, 2023, to allow William R. Wurm to respond to the show cause Order dated November 27, 2023, or for withdrawal and new entry of counsel to be filed for Plaintiffs.

Dated: November 28, 2023        Respectfully submitted,

Amundsen Davis, LLC

*/s/ Ryan J. Jurgiel*
Ryan J. Jurgiel, #72869(MO)
120 S. Central Ave., Suite 700
St. Louis, MO 63105
Telephone: (314) 719-3700
Fax: (314) 719-3710
Email: rjurgiel@amundsendavislaw.com
*Attorney for Amundsen Davis, LLC*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing document was electronically filed and served to counsel via the Court's e-filing system on this 28th day of November, 2023, addressed to the following attorney(s) of record:

Liam R. Brannon
JENKINS & KLING, P.C.
150 North Meramec Avenue
Suite 400
St. Louis, MO 63195
Email:  lbrannon@jenkinskling.com


                */s/ Ryan J. Jurgiel*