**EXHIBIT "1"**

## Katherine McLaughlin

| | |
|---|---|
| **From:** | Wurm, William <WWurm@amundsendavislaw.com> |
| **Sent:** | Monday, August 28, 2023 4:42 PM |
| **To:** | Candace Woods |
| **Cc:** | Liam Brannon; Katherine McLaughlin; Jurgiel, Ryan; Woerndle, Sue Ann |
| **Subject:** | RE: Correspondence from Liam R. Brannon - Verification of Debt; Case No. 2322-CC00955 |

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

All,

I have reviewed your letter dated August 25, 2023. Your demand for the alleged debt is **harassing**, **actionable**, and **nonsensical**. You state that this debt arises from a contract provision between my clients and Ms. Siegert, which states, "[i]n the event of litigation between the parties, **the prevailing party shall recover, in addition to damages or equitable relief, the cost of litigation including reasonable attorney's fees**." You acknowledge that the lawsuit is pending and do not identify any partial, complete, interlocutory, or final orders in that lawsuit, which identify the prevailing party. Thus, there can be no debt due and owing at this time.

Simply stated, you are attempting to collect a debt that does not exist and which you know does not exist.

==**Therefore, if you do not acknowledge, by 5PM on Thursday, August 30, 2023, in writing, that you will cease a desist from all collection efforts or correspondence as to this alleged debt, and will not hold this alleged debt out to any third parties as a currently-valid debt, until the lawsuit is complete, my clients will pursue legal action against Ms. Siegert.**==

I look forward to hearing from you.

Best,

Will

William R. Wurm
Partner
Mobile: (636) 439-9858
wwurm@amundsendavislaw.com
120 South Central Ave, Suite 700, St. Louis, Missouri 63105
http://www.amundsendavislaw.com | LinkedIn



**Please note the changes to our email domain and website address.**
This message is intended only for the individual or entity to which it is addressed and may contain information that is attorney work product, privileged, confidential and/or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and delete or destroy the message. Thank you.

---

**From:** Candace Woods <cwoods@jenkinskling.com>
**Sent:** Friday, August 25, 2023 4:15 PM
**To:** Wurm, William <WWurm@amundsendavislaw.com>
**Cc:** Liam Brannon <lbrannon@jenkinskling.com>; Katherine McLaughlin <kmclaughlin@jenkinskling.com>
**Subject:** Correspondence from Liam R. Brannon - Verification of Debt; Case No. 2322-CC00955

**[EXTERNAL]**

Counsel,

Attached please find correspondence from Liam R. Brannon.

Thank you,

Candace Woods
Legal Assistant
JENKINS & KLING, P.C.
150 North Meramec Ave.
Suite 400
St. Louis, Missouri 63105
(314) 561-5088 (direct)
(314) 721-2525 (main)
(314) 721-5525 (fax)


www.jenkinskling.com

This email contains confidential information protected by the attorney client and other privileges and is intended for the addressee only.  If you are not the addressee of this email or you have otherwise received this email in error, please call JENKINS & KLING at the number shown above, and destroy this email, retaining no copies.