## Katherine McLaughlin

**From:** Wurm, William <WWurm@amundsendavislaw.com>
**Sent:** Thursday, September 14, 2023 11:06 AM
**To:** Katherine McLaughlin
**Cc:** Jurgiel, Ryan
**Subject:** TRO/FDCPA

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Katherine—thank you for attending today's hearing and agreeing to the order's language. I have spoken with my clients and they now plan to bring an action against Ms. Siegert for FDCPA violation in federal court. They are willing to settle this specific issue for a one-time payment of $10,000.

We plan to file this weekend.


Best,

Will

William R. Wurm
Partner
Mobile: (636) 439-9858
wwurm@amundsendavislaw.com
120 South Central Ave, Suite 700, St. Louis, Missouri 63105
http://www.amundsendavislaw.com | LinkedIn



Please note the changes to our email domain and website address.
This message is intended only for the individual or entity to which it is addressed and may contain information that is attorney work product, privileged, confidential and/or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and delete or destroy the message. Thank you.

**EXHIBIT "1"**