# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DR. WHITNEY ROSS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:23-cv-01295-MTS |
| ) | |
| RACHEL SIEGERT, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of Defendants' Motion for Attorneys' Fees, Plaintiffs' Response to the Motion, and Defendants' Reply thereto, **IT IS HEREBY ORDERED** that the Motion, Doc. [39], is **DENIED**.

Dated this 4th day of December 2024.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE